UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE OCEAN POWER TECHNOLOGIES, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 14-3799 (FLW) (LHG)<br><br><u>CLASS ACTION</u><br><br>ORDER ADMITTING JOHN R. LOFTUS *PRO HAC VICE* |

This matter having been brought before the Court upon notice of motion by Tracey Salmon-Smith, Esquire, attorney for Defendant, Roth Capital Partners LLC, for an order allowing John R. Loftus to appear and participate *pro hac vice*; and the Court, having considered the accompanying Declarations; and for good cause shown;

IT IS this 18th day of December 2015 hereby **ORDERED** that:

1. John R. Loftus, member of the Bar of the State of California, is permitted to appear *pro hac vice* in this case pursuant to Local Rule 101.1; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Tracey Salmon-Smith, Esquire, member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or another attorney in her firm so admitted, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order.

LA 51916872

2. John R. Loftus consents to the appointment of the Clerk of the Supreme Court of New Jersey as agent upon whom service of process may be made for all actions against him or his firm that may arise out of his participation in this matter.

3. John R. Loftus shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order.

4. John R. Loftus shall make a separate payment of $150.00, payable to the Clerk, USDC, within twenty (20) days from the date of the entry of this Order.

5. John R. Loftus shall abide by the rules governing this Court, including but not limited to all disciplinary rules.

_____
HON. FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE
Lois H. Goodman, U.S.M.J.

LA 51916872