UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE OCEAN POWER TECHNOLOGIES, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 14-3799 (FLW) (LHG)<br><br>CLASS ACTION<br><br>PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT |

**PLEASE TAKE NOTICE** that, pursuant to an Order of the Court issued on June 7, 2016 ("Preliminary Approval Order"), on Monday, November 14, 2016, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Freda L. Wolfson, situated at 402 East State Street, Trenton, NJ 08608, Lead Plaintiff FiveMore Special Situations Fund Limited ("Plaintiff"), by their counsel, will move pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order granting final approval of the proposed settlement (the "Settlement") and approval of the proposed plan of allocation of the proceeds of the Settlement (the "Plan of Allocation"), as set forth in the Stipulation, between Plaintiff and Defendants.

**PLEASE TAKE FURTHER NOTICE** that this Motion is supported by the accompanying Memorandum of Points and Authorities in Support; the Declaration of Nicholas I. Porritt in Support of Plaintiffs' Motion for Final Approval of the

1

Settlement and Approval of the Plan of Allocation, and Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, dated October 24, 2016 (the "Porritt Decl."), and the exhibits filed therewith; the Declaration of Megan Peters Regarding (A) Mailing of the Notice and Proof of Claim; (B) Publication of the Summary Notice; and the (C) Report on Requests for Exclusion Received to Date (the "Peters Decl."), and the exhibits filed therewith; and the Stipulation and the exhibits filed therewith (ECF No. 81.); and all other pleadings and papers filed in this action.

Dated: October 24, 2016						Respectfully Submitted,

**LEVI & KORSINSKY LLP**

 /s/ Eduard Korsinsky
Eduard Korsinsky
235 Main Street
Hackensack, New Jersey 07601
T: (973) 265-1600
F: (866) 367-6510

-and-

Nicholas I. Porritt (admitted *pro hac vice*)
Adam M. Apton (admitted *pro hac vice*)
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
T: (202) 524-4290
F: (202) 333-2121

*Counsel for FiveMore Special Situations Fund Ltd. and Lead Counsel for Class*

2

## **CERTIFICATE OF SERVICE**

I, Eduard Korsinsky, hereby certify that on October 24, 2016, I authorized the electronic filing of the PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                                  /s/ Eduard Korsinsky
                                                  Eduard Korsinsky

4824-0161-0555, v.  1