UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE OCEAN POWER TECHNOLOGIES, INC. SECURITIES LITIGATION | |
| THIS DOCUMENT RELATES TO: | Civil Action No. 14-3799 (FLW) (LHG) |
| ALL ACTIONS | CLASS ACTION |
| | NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |

**PLEASE TAKE NOTICE** that, pursuant to an Order of the Court issued on June 7, 2016 ("Preliminary Approval Order"), on Monday, November 14, 2016, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Freda L. Wolfson, situated at 402 East State Street, Trenton, NJ 08608, Lead Plaintiff FiveMore Special Situations Fund Limited ("Plaintiff"), by their counsel, will move for an order awarding attorneys' fees and authorizing reimbursement of expenses for Plaintiffs' Counsel.  The grounds for this motion are that the requested award of fees and expenses to Plaintiff's Counsel are warranted under the fee-setting and expense reimbursement criteria applicable to common fund and Private Securities Litigation Reform Act ("PSLRA") cases.

**PLEASE TAKE FURTHER NOTICE** that this Motion is supported by the accompanying Memorandum of Points and Authorities in Support; the Declaration of Nicholas I. Porritt ("Porritt Declaration"); the other filings in this case; and such other and further representations as may be made by counsel at any hearing on this matter.

Dated: October 24, 2016

Respectfully Submitted,

**LEVI & KORSINSKY LLP**

 /s/ Eduard Korsinsky
Eduard Korsinsky
235 Main Street
Hackensack, New Jersey 07601
T: (973) 265-1600
F: (866) 367-6510

-and-

Nicholas I. Porritt (admitted *pro hac vice*)
Adam M. Apton (admitted *pro hac vice*)
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
T: (202) 524-4290
F: (202) 333-2121

*Counsel for FiveMore Special Situations
Fund Ltd. and Lead Counsel for Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Eduard Korsinsky, hereby certify that on October 24, 2016, I authorized the electronic filing of the NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

/s/ Eduard Korsinsky
Eduard Korsinsky

4849-0194-0027, v. 1