UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE OCEAN POWER TECHNOLOGIES, INC. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Civil Action No. 14-3799 (FLW) (LHG)

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

**WHEREAS**, having read and considered the papers filed and arguments made by counsel, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby awards Lead Plaintiffs' attorneys' fees for the class action settlement in the amount of $900,207.55 and 114,000 shares of Ocean Power Technologies, Inc. common stock (30% of the class settlement fund).

2. The Court awards Lead Plaintiffs' attorneys' reimbursement of costs in the amount of $22,793.51, which shall be paid from the class settlement fund in accordance with the terms of the Stipulation of Settlement.

**SO ORDERED** in the District of New Jersey on November 15, 2016.

                                                                              /s/ Freda L. Wolfson
                                                                 THE HON. FREDA WOLFSON
                                                                UNITED STATES DISTRICT JUDGE